

## NUMBER 13-14-00541-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**FRANKLIN JONES,** **Appellant,**

**v.**

**TRINA L. VELASQUEZ,** **Appellee.**

### On Appeal from the 343rd District Court
### of Bee County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Franklin Jones, filed a motion for leave to file notice of appeal, attempting to perfect an appeal from a judgment entered in cause no. B-12-1304-CV-C. Upon review of the documents before the Court, it appeared that there is no appealable order or judgment. On September 23, 2014, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See*

TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant responded to the Court's notice by requesting an extension of time to cure the defect. This Court granted appellant until November 5, 2014 to cure the defect. Appellant has failed to respond.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because there is no final judgment or order subject to appeal, the notice of appeal is premature. *See* Tex. R. App. P. 26.1, 27.1(a).

Appellant has not demonstrated that an appealable order or judgment has been signed. Accordingly, appellant's motion for leave to file notice of appeal is DENIED and the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

Delivered and filed the 20th
day of November, 2014.

2